IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jackson, Ella | Case Number:  07 B 22675 |
| | Judge:  Squires, John H |
| Printed:  8/26/08 | Filed:  12/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  July 16, 2008
Confirmed:  February 20, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,550.00 | |
| Secured: | | 594.03 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,751.34 |
| Trustee Fee: | | 204.63 |
| Other Funds: | | 0.00 |
| Totals: | 3,550.00 | 3,550.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 3,000.00 | 2,751.34 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 5. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 6. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 7. | Capital One Auto Finance | Secured | 10,268.41 | 594.03 |
| 8. | Wilshire Credit Corp | Secured | 6,999.77 | 0.00 |
| 9. | Option One Mortgage Corp | Secured | 31,314.54 | 0.00 |
| 10. | American Home Mortgage Servicing | Secured | 8,014.04 | 0.00 |
| 11. | Ford Motor Credit Corporation | Unsecured | 183.36 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 23.46 | 0.00 |
| 13. | Fingerhut | Unsecured | 39.81 | 0.00 |
| 14. | Capital One Auto Finance | Unsecured | 196.73 | 0.00 |
| 15. | Midland Credit Management | Unsecured | 20.36 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 28.40 | 0.00 |
| 17. | Accounts Receivable Management | Unsecured | | No Claim Filed |
| 18. | Bronson & Migilaccio | Unsecured | | No Claim Filed |
| | | | $ 60,088.88 | $ 3,345.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 128.25 |
| 6.5% | 76.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jackson, Ella

Printed:  8/26/08

Case Number:  07 B 22675
Judge:  Squires, John H
Filed:  12/3/07

_____
$ 204.63

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____